FILED
2021 Jul-09  PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | )   **Case No. 2:21-cv-00416-AMM** |
|     **v.** | ) |
| | ) |
| **TL NGUYEN, LLC,** | ) |
| | ) |
|     **Defendant.** | ) |
| _____ | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby files this Notice of Voluntary Dismissal and states the following:

1. Rule 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

2. Despite diligent efforts taken, the Plaintiff has been unable to locate the named defendant for the purpose of perfecting service of process.

3. Having not been properly served in this case, the named defendant is presumed unaware of Plaintiff's case and consistent with this presumption, has not filed an answer or a motion for summary judgment.

4. Plaintiff hereby voluntarily dismisses this case without prejudice and shall continue her search and refile upon location of the defendant.

    Respectfully submitted this 9th day of July, 2021.

*/s/ John Allen Fulmer II*
John Allen Fulmer II (ASB-1089-O42F)
*Attorney for Plaintiff*

<u>Of Counsel:</u>
FULMER LAW FIRM, P.C.
P.O. Box 130373
Birmingham, AL   35213
Telephone: (205) 703-4892
Email: jaf@jafulmerlaw.com