# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARY ANN PARKER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-00375-SGC |
| TL NGUYEN, LLC, | ) |
| Defendant. | ) |

## ORDER

The plaintiff has filed a notice of voluntary dismissal before the opposing party served either an answer or a motion for summary judgment. (Doc. 11). Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid. FED. R. CIV. P. 41(a)(1)(A)(i).

**DONE** this 13th day of July, 2021.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE